**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CLYDE WATSON, :
:
    Petitioner, :
:
v. : CIVIL ACTION NO.
: 1:09-CV-2414-RWS
LORREN GRAYER, Warden, :
:
    Respondent. :

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [8] of Magistrate Judge C. Christopher Hagy. After reviewing the Report and Recommendation and Objections [9] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Petition for Writ of Habeas Corpus [1] is **DENIED**, and this action is **DISMISSED**. Petitioner's Motion to Grant the Petition [3] is also **DENIED**.

**SO ORDERED**, this  18th  day of February, 2010.

_____
**RICHARD W. STORY**
United States District Judge